UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHNNY D. TURNER,

    Plaintiff,

    v.

PIERCE COUNTY SHERIFF, et al.,

    Defendants.

Case No. C08-5449BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 12). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **DISMISSED** because Plaintiff has failed to state a claim.

DATED this 8th day of October, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER